# UNITED STATES DISTRICT COURT

District of _____

Constantine Lotsman

Plaintiff

V.

1) Trustees of Boston College Corp
2) Father William Leahy, President
3) Archdiocese of Boston

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, Constantine Lotsman, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. December 2001, $32,000 annually ($2,000/mo after tax) Deutsche Bank, 2 International Place, Boston MA 02110

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☒ Yes | ☐ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Received $1600/mo in disability payments from a private disability insurance company. Period: December 2001 - June 2004.

4. Do you have any cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount. $700

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.
   $150 in stocks

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.
   None

I declare under penalty of perjury that the above information is true and correct.

August 16, 2004
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## 2003 W-2 and EARNINGS SUMMARY

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

The following information reflects your final 2003 pay stub plus any adjustments submitted by your employer.

| | | | |
|---|---|---|---|
| Gross Pay | 0.00 | Social Security Tax Withheld Box 4 of W-2 | MA State Income Tax Box 17 of W-2 |
| | | | SDI/SDI Box 14 of W-2 |
| Fed Income Tax Withheld Box 2 of W-2 | | Medicare Tax Withheld Box 6 of W-2 | |

**2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | MA State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 0.00 | 0.00 | 0.00 | |
| Reported W-2 Wages | 0.00 | 0.00 | 0.00 | |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile Information, file a new W-4 with your payroll dept.

KONSTANTIN LOTSMAN
46 WARD STREET
APT #3
BOSTON MA 02127

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
  FEDERAL: 0
  STATE: 0

© 2003 AUTOMATIC DATA PROCESSING, INC.

---

**W-2 Wage and Tax Statement 2003**

Copy C for employee's records. OMB No. 1545-0008

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 214532 73/DNL | | T | 2131 |

c Employer's name, address, and ZIP code

DEUTSCHE INVESTMENT
MANAGEMENT AMERICAS INC
60 WALL ST/NYC 60-2202
NEW YORK NY 10005

Batch #01733

| b Employer's FED ID number | d Employee's SSA number |
|---|---|
| 13-3241232 | 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 |
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp. Ret. plan 3rd party sick pay  X |

e/f Employee's name, address and ZIP code

KONSTANTIN LOTSMAN
46 WARD STREET
APT #3
BOSTON MA 02127

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| MA | 133-241-232 05 | |
| 17 State income tax | 18 Local wages, tips, etc. | |
| 19 Local income tax | 20 Locality name | |

Safe, accurate, FAST! Use e-file    Visit the IRS Web Site at www.irs.gov

Employee Reference Copy

---

**Federal Filing Copy — W-2 Wage and Tax Statement 2003**

214532 73/DNL    T  2131

DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC
60 WALL ST/NYC 60-2202
NEW YORK NY 10005

13-3241232    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

KONSTANTIN LOTSMAN
46 WARD STREET
APT #3
BOSTON MA 02127

MA  133-241-232 05

---

**MA State Reference Copy — W-2 Wage and Tax Statement 2003**

214532 73/DNL    T  2131

DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC
60 WALL ST/NYC 60-2202
NEW YORK NY 10005

13-3241232    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

KONSTANTIN LOTSMAN
46 WARD STREET
APT #3
BOSTON MA 02127

MA  133-241-232 05

---

**MA State Filing Copy — W-2 Wage and Tax Statement 2003**

214532 73/DNL    T  2131

DEUTSCHE INVESTMENT MANAGEMENT AMERICAS INC
60 WALL ST/NYC 60-2202
NEW YORK NY 10005

13-3241232    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

KONSTANTIN LOTSMAN
46 WARD STREET
APT #3
BOSTON MA 02127

MA  133-241-232 05

**CIGNA COMPANIES**
SUITE 1000
12225 GREENVILLE
DALLAS                TX 75243

LIFE INSURANCE CO OF NORTH AMERICA

LAYLA A BROWN
800-352-0611  EXT 5623
Please direct any questions to the above analyst.
Be sure to provide your account and ID numbers
in all letters and telephone calls.

KONSTANTIN LOTSMAN
955 MASSACHUSETTS AVE
PMB 112
CAMBRIDGE        MA 02139

**Explanation Of Benefits**

Page    1

| | |
|---|---|
| Certholder: | KONSTANTIN LOTSMAN |
| Claimant: | KONSTANTIN LOTSMAN |
| ID#: | |
| Special ID#: | |
| Account Name: | SCUDDER KEMPER INVESTMENTS, INC. |
| Account#: | 5049708 |
| Policy | FLK 0030079   Div   000 |

D063

**CIGNA**

| Benefit Type | Payment Period | Duration | Benefit Rate | Benefit Payable | Less Deduction |
|---|---|---|---|---|---|
| DISABILITY INCOME | 04/23/2004 - 05/22/2004 | 30 DAYS | 1600.00/MO | 1600.00 | .00 |

Deductions:

TOTAL PAYMENT $    1,600.00

Messages:

Payments Issued 05/14/2004
KONSTANTIN   LOTSMAN            1,600.0

Total amount paid to date, including taxes, for this claim is $   36,800.00   for the period   06/23/2002   thru   05/22/2004

G2014A (SRO Check Overlay) 6-11-2003

Detach on Perforation Below - Please Cash Promptly

SR 06286501

LIFE INSURANCE CO OF NORTH AMERICA

                                                                      51-44
                                                                      119

POLICY NO.     Certholder:              Claimant              Office    Date
FLK0030079    K LOTSMAN         KONSTANTIN LOTSMAN    D063   05-14-2004

**ONE THOUSAND SIX HUNDRED DOLLARS AND 00 CENTS**

                                                                PAY $    ****1,600.00
Pay                                                                      VOID AFTER 90 DAYS
to the   KONSTANTIN LOTSMAN
Order    955 MASSACHUSETTS AVE
of       PMB 112
         CAMBRIDGE        MA 02139

         FLEET NATIONAL BANK
         HARTFORD              CT    06115

                                                            *David M Parell*
                                                  THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK
                                                       ON THE BACK. HOLD AT AN ANGLE TO VIEW

⑆020628650⑆ ⑈011900445⑈ 156 16⑈