UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>CONSTANTINE M. LOTSMAN</u>          ,
               Plaintiff,

       v.                   Civil Action No.  04-11827-PBS

<u>TRUSTEES OF BOSTON COLLEGE CORPORATION, et al.</u>
               Defendants.

ORDER ON SCREENING
<u>PURSUANT TO SECTION 1915(e)(2)</u>

Having completed the screening on the merits of plaintiff's complaint pursuant to Section 1915(e)(2), the Court makes the following findings:

<u>FINDINGS</u>

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

   No ☐     Yes ☒     <u>as to plaintiff's claims under 31 U.S.C. §§ 3729-3730; 18 U.S.C. §§ 241, 245, 371, 641 and 1031.</u>_____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

   No ☒     Yes ☐     as to defendant(s)
                             _____

<u>ORDERS</u>

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

   No ☐     Yes ☒     ☒ as to all defendants
                             ☐ only as to defendant(s)

2. The claims under 31 U.S.C. §§ 3729-3730; 18 U.S.C. §§ 241, 245, 371, 641 and 1031 shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice after thirty-five days from the date of this Order, unless before that time plaintiff demonstrates good cause, in writing why these claims should not be dismissed for the reasons stated in the accompanying memorandum.

        No ☐       Yes ☒ ☒ as to all defendants

                                          ☐ only as to defendant(s)

SO ORDERED.

 12/24/04                                            /s/ Patti B. Saris
DATE                                               PATTI B. SARIS
                                                      UNITED STATES DISTRICT JUDGE