UNITED STATES COURT
BOSTON

Docket: 04-11827-PBS

PLAINTIFF'S MOTION
TO DISMISS THE COMPLAINT

I, Constantine Lotsman, request the Court to dismiss my Complaint (Lotsman v. Boston College), because I'm no longer interested in pursuing it. The Complaint was filed in Aug. 2004

Thank you
R. Lotsman
Constantine Lotsman

December 27, 2004

955 Mass Ave # 112
Cambridge MA 02139
(617) 507-3469
clotsman@hotmail.com